IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-114-1H

UNITED STATES OF AMERICA,

v.

DOLORES CLEMENTE CASTREJON,
    Defendant.

**ORDER**

This matter is before the court on the court's own motion. Defendant has filed an Expedited Motion for Declaratory Relief or Alternatively for an Immigration Departure, [DE #32], and the government is directed to respond to defendant's motion, within 21 days of the filing of this order.

This __4th__ day of April 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35