IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CR-114-1H

UNITED STATES OF AMERICA,

v.

DOLORES CLEMENTE CASTREJON,
    Defendant.

**ORDER**

This matter is before the court on the defendant's Expedited Motion for Declaratory Relief [DE #32]. The government moved to dismiss [DE #35].

The court has carefully reviewed defendant's motion for Declaratory Relief as well as the government's memorandum in support of its motion to dismiss and finds, for the reasons stated in the government's memorandum, defendant's motion is dismissed [DE #32] and the government's motion is granted [DE #35].

This 15th day of December 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26